```
 1              On the other issues on your list, Ms. Mabry--
 2       MR. NICKOLA:  Judge, the only--only other thing
 3  that--
 4       THE COURT:  --do you want me to address any of
 5  those?
 6       MS. MABRY:  No.  The--the only thing I'm con-
 7  cerned about are witnesses at this point.
 8       MR. NICKOLA:  Judge, as it relates to the video,
 9  I just wanted to make sure that my objection was
10  expressed--
11       THE COURT:  Well, they didn't show me the--
12       MR. NICKOLA:  --to the admittance of that video
13  especially--
14       THE COURT:  Which video now, we are talking
15  about--
16       MR. NICKOLA:  We're--we're talking about the My
17  Family video.
18       THE COURT:  My Family video, all right.
19       MR. NICKOLA:  Right.  At the last portion of the
20  video is excerpts from the Montel William Show, I have--
21  I would object to that, I think that's prejudicial more
22  than probative.  I don't know what that would be proba-
23  tive to in any part of this case.
24       THE COURT:  Ms. Mabry.
25       MS. MABRY:  Judge, that is what she chose to
```

1  send Jerry Cassaday and it will fit in with the theory
2  of our case as to what she is about. This jury is going
3  to be trying to evaluate what she is about and plus it
4  goes to Jerry Cassaday's state of mind.
5      MR. PLUMMER: Right.
6      MS. MABRY: Here is this poor woman who has had
7  her child abused and now she has had two other sets of
8  babies killed, and I definitely think that it goes to
9  her state of mind or his state of mind.
10     THE COURT: Well, I know, but it is her
11 statement--
12     MS. MABRY: It's her statement--
13     THE COURT: --that's the point. And it is her
14 transmission.
15     MS. MABRY: Right.
16     THE COURT: And so it will come in as a party
17 admission and her own act of having sent it. She chose
18 it and sent it.
19     Now, I did prepare yesterday, and it is a draft,
20 a pre-jury screening questionnaire and I know Mr. Nick-
21 ola sent someone up to pick it up. I wanna have as we
22 have done in most of our big cases in recent years in
23 circuit court have some pre-screening conducted because
24 this case is gonna take several weeks and we need to
25 have this done with these types of issues in my belief,

although I guess we could do it without, but we have done it with some success and it has helped us in our jury selection, the most recently in my court was Mr. Riggs and Snyder, etc., in the murder case, but I would like you both to have a look at that if you wouldn't mind, please, and then I'm not wedded to it, but I just wanna get the general ideas and then have a version so that the jury board no later than Friday can make the necessary copies for the jurors to use on the Tuesday of jury selection and get them all done.

So I know we have to get you a copy, you got yours right, Mr. Nickola?

MR. NICKOLA: Yes, I did, Judge.

Judge, just in terms of, because the cases I've--

MS. MABRY: No, I didn't get a copy--

MR. NICKOLA: --I've tried with you--

THE COURT: I don't have a copy--

MR. NICKOLA: --with you before we haven't utilized that. I do have--because the cases I have tried in front of your court we haven't utilized that, just so that I understand, it would be submitted to the jury, they would fill out in advance--

THE COURT: The jury board will take that questionnaire, they would have all the jurors in the pool

1  fill it out, if people say, like I'm on vacation for the
2  week of January 3, they're out because they can't be
3  here. There is no point in even having them come up the
4  courtroom.
5      MR. NICKOLA: Right. So the Court's open that--
6  that--
7      THE COURT: That's an example--
8      MR. NICKOLA: --when we--you take--we take a
9  look at and the Court is open to our suggestions that we
10 might--
11     THE COURT: The first problem is that we wanna
12 design the questionnaire on the so-called hot issues of
13 the case--
14     MR. NICKOLA: Right--
15     THE COURT: --that might eliminate certain peo-
16 ple from even coming upstairs and get a pool that hope-
17 fully we've weeded out, people that know people, know
18 about the case, live right next door or on vacation,
19 have a hard, you know, whatever they got their surgery
20 planned for whatever, all those types of people out so
21 they don't even come up to the court.
22     MR. NICKOLA: Would--would you like to say for
23 instance like by Wednesday that if we have anything we
24 would like to add to that to get it to you?
25     THE COURT: Yes.

```
 1            MR. NICKOLA:  It's probably--
 2            THE COURT:  Is that all right with you, Ms.
 3    Mabry?
 4            MS. MABRY:  That's fine.
 5            THE COURT:  You looked puzzled, Mr. Plummer--
 6            MS. MABRY:  We are gonna get a copy, okay.
 7            MR. PLUMMER:  I'm--I'm just listening--
 8            THE COURT:  He looks--
 9            MR. PLUMMER:  --I wasn't aware of this proce-
10    dure, and I was just trying to hear--
11            THE COURT:  Never heard of it.  Okay, let me try
12    to find mine.  Just a moment.
13            If we have a Xerox handy then I will be able to
14    give it to you.
15            MR. PLUMMER:  Your Honor, I certainly--
16            MS. MABRY:  There is one--
17            MR. PLUMMER:  --understand the concept the Court
18    is mentioning and I don't see anything--I don't see
19    anything--
20            THE COURT:  I'm sorry, Mr. Nickola, go ahead--
21            MS. MABRY:  We have to look at it.
22            MR. PLUMMER:  Okay.
23            MR. NICKOLA:  Just one last question I had about
24    the--the pre-screen.  Would they be available to us
25    prior to bringing in the jury or is this something that
```

1  we will have to look at with, along with the--

2  THE COURT: No, you wouldn't get the people that
3  are screened out.

4  MR. NICKOLA: Okay.

5  THE COURT: If she gets one in there and these
6  people say, I knew Sharee Miller, I knew, I worked with
7  Bruce Miller, I, some, whatever it is, I'm a police of-
8  ficer with the Mt. Morris Township Police and investi-
9  gate, I don't know whoever the police, they're just not
10 even gonna show up--

11 MR. NICKOLA: Okay--

12 THE COURT: --upstairs.

13 MR. NICKOLA: All right. So the people who do
14 come up we're not gonna have privy to their answers?

15 THE COURT: To these. We can arrange to them
16 for you I'm sure--

17 MR. NICKOLA: Okay, okay, thank you.

18 THE COURT: Would you like to have that done
19 that way? I mean, we can design the--

20 MR. NICKOLA: Well, just--just--

21 THE COURT: --design the procedure any way you
22 want, but if you don't want them weeded them out it's
23 probably not worth doing it is the point--

24 MR. NICKOLA: Well, no, I'm not--I'm not neces-
25 sarily suggesting that, my only suggestion is is that

```
 1    there may be some responses that--that the jurors--
 2            THE COURT:  Would be interesting to you.
 3            MR. NICKOLA:  The purposes jurors who are coming
 4    in who are not weeded out may have--it may help us cut
 5    the chase, in other words.
 6            THE COURT:  Right.  I wanna cut to the chase
 7    'cause that is what I can say.
 8            Here is a copy that we had, I sent Mr. Nickola
 9    one with his secretary or whoever it was--
10            MR. NICKOLA:  Yes, I have it, Judge--
11            THE COURT:  --that came up, it's three pages
12    right now.  I'm not wedded to it, it's all we could
13    think up in five, not five minutes, but Ms. Ferris has
14    some she always uses and Mr. Riggs and Mr. Synder have
15    done a number of these bigger cases, I took some of
16    their questions, some specific for this case, that looks
17    like the last version that we came up with.  We will
18    copy it, let you have it, please look at it.  Let's try
19    to agree maybe as soon as Wednesday, please.  They need
20    to run a lot of them obviously to have them available
21    for Tuesday.
22            MR. PLUMMER:  Thank you, your Honor.
23            THE COURT:  Anything else now?
24            MS. MABRY:  Just the witness--witnesses, Judge.
25            THE COURT:  Yes.
```

```
 1              MS. MABRY:  Because of the flight arrangements
 2   and whatnot.
 3              Specifically, Christina Hurd is in Texas and
 4   Cliff Blanchard is in Texas--
 5              THE COURT:  And she is what, injured.
 6              MR. PLUMMER:  In Texas--
 7              MR. NICKOLA:  No, Judge, I--I have a list from--
 8   from Ms. Mabry, she gave me a list of about six or seven
 9   names.  I'm gonna meet with my client and discuss that
10   and I'm hoping that I can give answers, pretty confident
11   there is going to be waivers on many of those people
12   Monday morning, and I have to be down here Monday morn-
13   ing on a pre-trial and I'll make it a point to stop by
14   her office and let her know if there is--if that is
15   resolved.
16              MS. MABRY:  I would appreciate that 'cause Lori
17   Riggs, our office manager, is holding off on any travel
18   arrangements, so that's fine.
19              THE COURT:  The more, I found the more we cover
20   on these cases the better it goes, so we certainly met
21   on Richmond's last case probably twice a week for about
22   three weeks ahead of time to iron out as many things as
23   we could iron out.  So if you wanna meet, but let's at
24   least look at the questionnaire, get that resolved and
25   then try to get me a final witness list from both sides.
```

```
 1    See that is attached so that the people in the jury pool
 2    can look at the list of witnesses and if it turns out
 3    their best friend or next door neighbor is on there,
 4    that may be a reason we don't want them upstairs.
 5            MS. MABRY:  Do you want to meet on Wednesday
 6    briefly?
 7            MR. PLUMMER:  Your Honor--
 8            THE COURT:  Yes--
 9            MR. PLUMMER:  --I apologize, but I'll be--
10            THE COURT:  I don't expect--she--I don't know
11    who is suppose to be handling this case, if she is then
12    don't worry about you.
13            MR. PLUMMER:  Yeah, I just want to let the Court
14    know I will be in Sacramento from December 4th to Decem-
15    ber 9th.
16            THE COURT:  Okay.
17            MR. PLUMMER:  Thank you.
18            THE COURT:  I'm not worried about you if she is
19    handling it, so.
20            Well, get the questionnaire copied and we will
21    be in recess and if you wanna meet, agree on a time, and
22    call Diane or Major, thank you.
23            MR. NICKOLA:  Thank you, Judge.
24            MR. PLUMMER:  Thank you, your Honor.
25            THE COURT:  All right, thanks everybody.
```

```
 1                    (At 1:45 p.m. court off record)
 2                    (At 1:45 p.m. court reconvened)
 3              MS. MABRY:  I was going to go through, weed out,
 4       some of those ones that you have admitted possibly and
 5       then put then in chronological order and then number
 6       them and then try to have them printed into color and
 7       given to everyone and then make enough copies for the
 8       jury, but--but rearrangement in chronological order--
 9              THE COURT:  Okay.  You don't--
10              MS. MABRY:  --maybe take some of them out.
11              THE COURT:  The only thing that I could think of
12       we didn't talk about, there was one photo I never saw
13       that was laying on that table awhile ago of her without
14       much on and some bruises, and I--that has never been be-
15       fore me.  So I don't know anything about it--
16              MS. MABRY:  That--that was--I can tell you what
17       our contention is on that but . . .
18              (Counsel conferring with Mr. Nickola)
19              THE COURT:  We will bring her back right now, if
20       there is something to discuss.
21              MS. MABRY:  We will just do it later at trial?
22              MR. NICKOLA:  Yeah.
23              MS. MABRY:  Okay.
24              (At 1:47 p.m. proceeding concluded)
25
```

```
 1  STATE OF MICHIGAN)
 2              ) SS
 3  COUNTY OF GENESEE)
 4
 5
 6         I certify that this transcript, consisting of
 7  the foregoing pages is a complete, true and correct
 8  transcript of the proceedings taken in the case on Sat-
 9  urday, December 2, 2000.
10
11                                    _____
12                          JANET L. GIFFORD  CER-0638
13                          OFFICIAL COURT REPORTER
14                          501 GENESEE COUNTY COURTHOUSE
15                          FLINT, MICHIGAN 48502
16                          (810) 635-9299
17
18  April 23, 2001
19
20
21
22
```